James B. Hullin, Syndic of the Creditors of Thomas Barrett, an Insolvent, *v.* Joseph W. Tucker, Testamentary Executor of Abner Robinson, deceased.

Appeal from the Court of Probates of Lafourche Interior, *Mc Allister*, J.

*L. Janin*, for the plaintiff.

*J. C. Beatty*, for the appellant.

Simon, J. This case presents the same questions as those submitted to our consideration in the case of the Citizens Bank against the same defendant. The claim set up by the plaintiff arose out of the same transaction, and must be governed by the rules recognized in the case just decided.

*Judgment affirmed.*